UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :      CRIMINAL NO.3:02CR191(CFD)

      V.                       :

REYNALDO HERNANDEZ              :      March 9, 2007

## MOTION TO DISMISS

The United States Attorney, through the Assistant United States Attorney, respectfully requests that the Indictment in the above-entitled matter be dismissed to the extent that it pertains to the defendant Reynaldo Hernandez.


RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/Michael J. Gustafson
MICHAEL J.  GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford,

Connecticut, this _____ day of March, 2007.